**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:16cr138** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| **- vs -** | ) | |
| | ) | **MINUTES & ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |
| **BRYAN BLANKENSHIP,** | ) | |
| **Defendant.** | ) | |

This matter was heard on July 25, 2023, upon the request of the probation office for a finding that the defendant violated the conditions of supervised release. A petition was presented for action of the Court for cause as referenced on the July 14, 2023, violation report. (Doc #: 43).

The defendant was present and represented by Assistant Federal Public Defender Darin Thompson. Assistant U.S. Attorney Michael A. Sullivan was present on behalf of the government. U.S. Probation Officer Adam Jones was present on behalf of U.S. Pretrial Services and Probation. The defendant waived hearing and admitted to the violations The Court finds that the defendant violated the terms and conditions of supervised release.

Upon consideration, and for the reasons stated on the record, the Court sentenced the defendant to **three (3) months custody** of the Bureau of Prisons, with credit for time served. Upon release, Defendant's term of supervised release will continue with the same terms and conditions as previously ordered.

The Court ORDERS the defendant to have no contact or communication with convicted felons, particularly those convicted of child pornography, outside of the confines of group therapy.

IT IS SO ORDERED.

*/s/**Dan Aaron Polster** 7/25/2023*
Dan Aaron Polster
United States District Judge